**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6983**

TERRY K. OFORI,

        Plaintiff - Appellant,

    v.

HAROLD W. CLARKE; A. DAVID ROBINSON; LESLIE J. FLEMING; CARL A. MANIS; COMBS; ANDERSON; R. D. YOUNG; BROWN; JOSEPH B. STALLARD,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:20-cv-00343-EKD-JCH)

Submitted:  August 29, 2023                        Decided:  August 31, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry K. Ofori, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry K. Ofori appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint, denying his motion for reconsideration, and denying his motions to amend the complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders.  *Ofori v. Clarke*, No. 7:20-cv-00343-EKD-JCH (W.D. Va. Sept. 24, 2021, & July 22, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*